**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
JUDITH F. FORNARI

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:13-70628 JAD

Chapter 13

Document No.: 74

ORDER OF COURT

AND NOW, this \_\_\_13th\_\_\_ day of \_\_\_September\_\_\_, 20\_17\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE    sjk

Jeffery A. Deller

FILED
9/13/17 9:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                             Case No. 13-70628-JAD
Judith F. Fornari                                                  Chapter 13
       Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-7           User: dkam                  Page 1 of 2                  Date Rcvd: Sep 13, 2017
                               Form ID: pdf900             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
db             +Judith F. Fornari,    2211 Fifth Avenue,    Altoona, PA 16602-2227
13703833       +Altoona Regional Health System,    620 Howard Avenue,    Altoona, PA 16601-4899
13703834       +Autovest, L.L.C.,    C/O Fulton, Friedman & Gullace, LLP,    6 Kacey Court, Suite 203,
                 Mechanicsburg, PA 17055-9237
13775755        Autovest, L.L.C.,    P O Box 2247,    Southfield, MI 48037-2247
13703835       #Blair County Anesthesia PC,    Suite G2,   1701 Twelfth Avenue,    Altoona, PA 16601-3100
13703836       +Capital One Bank USA NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13703838        Citi Cards,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
13703837        Citi Cards,    P.O. Box 790345,    St. Louis, MO 63179-0345
13766220       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13703839       +Credit Control Collections,    2410 Broad Avenue,    Altoona, PA 16601-1940
13703840       +District Magistrate Todd F. Kelly,    2601 Fifth Avenue,    Altoona, PA 16602-2022
13703841        Dr. Arthur J. DeMarsico,    602 Howard Avenue,    Altoona, PA 16601
13798526       +Enhanced Recovery Corp.,    P.O. Box 23870,    Jacksonville, FL 32241-3870
13756114       +HSBC Mortgage Services, Inc.,    PO Box 21188,    Eagan, MN 55121-0188
13703844        HSBC Springleaf,    P.O. Box 1231,    Brandon, FL 33509-1231
13703845        Lexington Anesthesia Assoc.,    C/O Credit Control Collections,    2410 Broad Avenue,
                 Altoona, PA 16601-1940
13703846       +Michael Volk, Esquire,    Fulton, Friedman & Gullace,    6 Kasey Court, Suite 203,
                 Mechanicsburg, PA 17055-9237
13703847        Sears/CBNA,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
13703848       +Spirit Of America National Bank,    1103 Allen Drive,    Milford, OH 45150-8763
13703851        TNB-Visa,   P.O. Box 673,    Minneapolis, MN 55440-0673
13703850        The Home Depot/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13703852        Wells Fargo-Loss Recovery,    P.O. Box 29704,    Phoenix, AZ 85038-9704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2017 03:28:07
                 PRA Receivables Management, LLC,    P.O. Box 41067,    Norfolk, VA 23541-1067
13753156       +E-mail/Text: bncmail@w-legal.com Sep 14 2017 03:25:02        ANTIO, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13775305        E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2017 03:28:13        GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13703842       +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2017 03:28:00        GECRB/Lowes,   P.O. Box 965005,
                 Orlando, FL 32896-5005
13703843        E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2017 03:28:00        GECRB/Walmart Cons US,
                 P.O. Box 965024,    Orlando, FL 32896-5024
13915954        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2017 03:27:54
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
14520624        E-mail/Text: bnc-quantum@quantum3group.com Sep 14 2017 03:24:09
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
13775153        E-mail/PDF: cbp@onemainfinancial.com Sep 14 2017 03:27:47        Springleaf Financial Services,
                 P.O. Box 3251,    Evansville, IN 47731-3251
13703849       +E-mail/PDF: cbp@onemainfinancial.com Sep 14 2017 03:28:13
                 Springleaf Mortgage Services, Inc.,    P.O. Box 64,    Evansville, IN 47701-0064
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              HSBC Consumer Lending Mortgage, Inc.
cr              HSBC Mortgage Services, Inc. c/o Beneficial Consum
cr              U.S. Bank National Association, as indenture trust
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
                                                                                              TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-7          User: dkam              Page 2 of 2            Date Rcvd: Sep 13, 2017
                              Form ID: pdf900         Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:

```
              Ann E. Swartz    on behalf of Creditor    HSBC Consumer Lending Mortgage, Inc. ecfmail@mwc-law.com
              CSU - OUCTS, PA Labor & Industry     ra-li-ucts-bankpitts@state.pa.us
              Celine P. DerKrikorian    on behalf of Creditor    HSBC Mortgage Services, Inc. c/o Beneficial
               Consumer Discount Co. ecfmail@mwc-law.com
              James  Warmbrodt     on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com
              Mary K. Wheeler     on behalf of Debtor Judith F. Fornari wheelesk2002@yahoo.com,
               wheelesk2002@yahoo.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```