IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:        JUDITH F. FORNARI                    Case No. 13-70628 JAD

                Debtor                                  Chapter 13

                                                              Docket No.

JUDITH F. FORNARI

                Movant

    vs.

BENEFICIAL CONSUMER DISCOUNT CO.,

C/O HSBC MORTGAGE SERVICES,

SELECT PORTFOLIO SERVICING

AND DJL MORTGAGE CAPITAL, INC.

                Respondents

CERTIFICATE OF SERVICE

     I, Mary K. Wheeler, certify that I am at least 18 years of age, and that I caused the Motion to Reopen, the proposed Order, the Motion to Release Funds, with all exhibits, the Proposed Order on the Motion to release funds and the Order Setting Date Certain on the following:

The following were served by ecf notification at the time of filing:

By ECF Notification

Celine P. Krikorisn for HSBC Mortgage Services, Inc. , c/o Beneficial Consume Discount Co.
ecfmail@mwc-law.com

Office of the United States Trustee
ustregion03.pi@usdoj.gov

Ann E. Swartz for HSBC Consumer Lending Mortgage, Inc.
Ecfmail@mwc-law.com

James Warmbrodt for U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-1 Mortgage-Backed Notes Series 2016-1
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

The following was served by priority mail on March 27, 2018

Tim O'Brien, president
Select Portfolio Servicing
P.O. Box 65646
Salt Lake City, Ut 84165

                RESPECTFULLY SUBMITTED,

                s/Mary K. Wheeler
                Mary K. Wheeler, Esquire
                413 South Center Street
                Ebensburg, PA 15931
                (814) 472-6215
                PA ID 65251
                wheelesk2002@yahoo.com